IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
|---|---|---|
| | * | Case Number: 22-11214 |
| Lorenda P Johnston | * | |
| | * | Chapter 13 |
| DEBTOR. | * | |

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW the Debtor, by and through her attorney of record and files this Motion to Modify Confirmed Chapter 13 Plan, and in support thereof, state as follows:

1. Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on June 21, 2022.

2. The Trustee recently filed a Motion to Dismiss the Debtor's case. Debtor has filed an objection to the motion simultaneously with this motion.

3. Debtor requests this Court extend her plan payments an additional six (6) months.

4. Debtor also requests that her plan payment be reduced accordingly without modifying the percentage to the general unsecured creditors.

WHEREFORE, PREMISES CONSIDERED, Debtor moves this Honorable Court to grant this Motion to Modify Confirmed Chapter 13 Plan and for such other further relief as the Court deems appropriate.

OF COUNSEL:                                              Respectfully Submitted,

## Solon Law
A Limited Liability Company                              */s/ Dragan Stojanovic*
Post Office Box 2545                                     DRAGAN STOJANOVIC
Mobile, Alabama 36652-2545                               Attorney for Debtor
Telephone:    (251) 441-1925
Facsimile:    (251) 441-1924
E-mail:       dragan@solonlaw.net

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2024, I have served a copy of the foregoing document upon Christopher Conte, Chapter 13 Trustee, via electronic service.

                                      */s/ Dragan Stojanovic*
                                      DRAGAN STOJANOVIC